AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>Theodore Miller<br><br>*Defendant(s)* | Case No.<br>2:24-mj-00136 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __6/1/2022 through at least 7/5/2022__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §1343 | Wire Fraud |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Aaron Lee.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Aaron M. Lee
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/09/2024

_____
*Judge's signature*

City and state:  Charleston, West Virginia      Hon. Dwane L. Tinsley, U.S. Magistrate Judge
*Printed name and title*