# Courtroom Minute Entry

| | | |
|---|---|---|
| Room: Judge Tinsley Charleston | Case No.: 2:24-cr-00145 | Type: IA & AR |
| Caption: USA v. Theodore Miller | Judge: Judge Aboulhosn | |

Started: 9/12/2024 10:56:18 AM
Ends:    9/12/2024 11:27:30 AM       Length: 00:31:13

| Time | Event |
|---|---|
| 10:56:22 AM | Judge Omar Aboulhosn |
| 10:56:22 AM | Courtroom Deputy Tammy Davis |
| 10:56:23 AM | Court Reporter: Court Smart |
| 10:56:24 AM | AUSA Holly Wilson |
| 10:56:25 AM | AFPD David R. Bungard |
| 10:56:26 AM | Defendant Theodore Miller |
| 10:56:32 AM | USPO Michele Wentz |
| 10:56:42 AM | **INITIAL APPEARANCE ON INDICTMENT** |
| 11:02:01 AM | Calls case. |
| 11:02:06 AM | Counsel please note your appearances for the record. |
| 11:02:08 AM | AUSA Holly Wilson |
| 11:02:09 AM | Notes appearance on behalf of the United States. |
| 11:02:11 AM | AFPD David R. Bungard |
| 11:02:12 AM | Notes appearance on behalf of the defendant. |
| 11:02:14 AM | Judge Omar Aboulhosn |
| 11:02:17 AM | States basis of hearing. |
| 11:02:20 AM | Places the defendant under oath. |
| 11:02:35 AM | Before I get into the Arraignment Hearing, the Court received an amended financial affidavit from |
| 11:03:36 AM | the defendant. Is the information you put in the amended financial true? |
| 11:03:58 AM | Defendant Theodore Miller |
| 11:04:00 AM | Yes, to the best of my knowledge. |
| 11:04:06 AM | Judge Omar Aboulhosn |
| 11:04:13 AM | Discusses any income the defendant receives from TikTok and rental properties. |
| 11:05:16 AM | Let's go through the list of properties. |
| 11:09:17 AM | AFPD David R. Bungard |
| 11:09:19 AM | I will object at this point, your honor. |
| 11:09:30 AM | Judge Omar Aboulhosn |
| 11:09:32 AM | Discusses debt owed to bank/investors. |
| 11:10:17 AM | AFPD David R. Bungard |
| 11:10:19 AM | Discusses the Promissory Notes to other individuals is debt. |
| 11:10:36 AM | Judge Omar Aboulhosn |
| 11:10:38 AM | Continues to discuss property and Liens, and Promissory Notes. |
| 11:13:17 AM | AFPD David R. Bungard |
| 11:14:19 AM | Addresses the liabilities and debts. |
| 11:14:32 AM | Judge Omar Aboulhosn |
| 11:14:40 AM | I want it to be clear what the debt is. |
| 11:15:53 AM | I think it is fair to leave it up to the District Judge as to the financial and if the defendant should |
| 11:16:15 AM | contribute to his defense. |
| 11:16:33 AM | States rights of defendant and defendant acknowledges these rights. |
| 11:16:42 AM | It is my understanding the defendant was ordered detained on a Complaint, is that correct? |
| 11:17:03 AM | AFPD David R. Bungard |
| 11:17:05 AM | Yes. |
| 11:17:23 AM | Defendant Theodore Miller |
| 11:17:58 AM | States personal information |
| 11:18:00 AM | Judge Omar Aboulhosn |
| 11:18:02 AM | States additional rights of defendant and defendant acknowledges these rights. |
| 11:18:36 AM | **ARRAIGNMENT HEARING** |
| 11:18:39 AM | States violation(s) in charging document and possible penalties. |
| 11:20:01 AM | Questions defendant about Indictment related matters. |
| 11:20:16 AM | Defendant pleads NOT GUILTY to charge(s) contained in the Indictment. |
| 11:20:20 AM | **This case has been assigned to United States District Judge Irene C. Berger.** |
| 11:20:23 AM | **Your trial is scheduled for 9:00 a.m. on October 21, 2024, here in Charleston.** |

| | |
|---|---|
| 11:20:31 AM | There will be a pretrial motions hearing held before me at 11:00 a.m. on October 3, 2024, in Charleston. |
| 11:20:37 AM | Counsel, I assume your client does not waive the right to appear at the pretrial motions hearing? |
| 11:20:40 AM | AFPD David R. Bungard |
| 11:20:42 AM | No sir. Defendant does not waive the right to be present at the pretrial motions hearing. |
| 11:20:44 AM | Judge Omar Aboulhosn |
| 11:20:50 AM | Thank you, you may be seated. |
| 11:20:51 AM | Parties have elected the standard discovery, pretrial motions, voir dire and witness list dates |
| 11:21:01 AM | given. As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to |
| 11:21:04 AM | the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner |
| 11:21:08 AM | may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of |
| 11:21:12 AM | charges and contempt proceedings. |
| 11:21:18 AM | Is there anything else we need to take care of? |
| 11:21:27 AM | AFPD David R. Bungard |
| 11:21:30 AM | I would renew our request for detention. |
| 11:21:55 AM | We are asking for consideration for Mr. Miller's release on bond. |
| 11:22:13 AM | Discusses this is a white-collar fraud charge. There was no violence. |
| 11:23:05 AM | Mr. Miller's family brought to me his passport that I have. |
| 11:23:18 AM | Discusses the government's concern about the defendant fleeing when Judge Tinsley heard this |
| 11:24:33 AM | matter. Discusses Mr. Miller would not oppose any restrictions the Court would place on him. |
| 11:24:51 AM | Judge Omar Aboulhosn |
| 11:24:54 AM | I don't know procedurally that I can do anything. Judge Berger would need to rule on your motion. |
| 11:26:06 AM | I would expect Judge Berger to rule on that sooner than later. |
| 11:26:57 AM | **Defendant is remanded to the custody of the US Marshals pending further order of the Court.** |
| 11:27:23 AM | Hearing adjourned. |