# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:24-cr-00145  **Type:** Pretrial Motions
**Caption:** USA v. Theodore Miller  **Judge:** Judge Aboulhosn

**Started:** 10/3/2024 10:52:15 AM
**Ends:** 10/3/2024 11:50:31 AM  **Length:** 00:58:17

| Time | Entry |
|---|---|
| 10:52:20 AM | Judge Omar Aboulhosn |
| 10:52:20 AM | Courtroom Deputy Tammy Davis |
| 10:52:21 AM | Court Reporter: Court Smart and via Teams |
| 10:52:22 AM | AUSA Holly J. Wilson |
| 10:52:23 AM | AFPD David R. Bungard |
| 10:52:24 AM | Defendant Theodore Miller |
| 10:52:24 AM | SrUSPO Kiara Carper |
| 10:52:25 AM | USPO Olivya Jones |
| 10:52:29 AM | **PRETRIAL MOTIONS HEARING - ECF DOCS. 42 AND 44** |
| 11:03:31 AM | Judge Omar Aboulhosn |
| 11:03:34 AM | Calls case. |
| 11:03:43 AM | Counsel please note your appearances for the record. |
| 11:03:44 AM | AUSA Holly J. Wilson |
| 11:03:45 AM | Notes appearance on behalf of the United States. |
| 11:03:46 AM | AFPD David R. Bungard |
| 11:03:47 AM | Notes appearance on behalf of the defendant who is to my right. |
| 11:03:50 AM | Judge Omar Aboulhosn |
| 11:03:53 AM | Counsel, we are here for a couple motions. |
| 11:04:02 AM | The United States filed Motion for Disclosure of Defendant's Financial Affidavits and also a |
| 11:04:35 AM | Motion for Entry of Protective Order. |
| 11:05:05 AM | The defendant has filed Responses. |
| 11:05:12 AM | The Court outlines its concerns regarding the eligibility of appointed counsel. |
| 11:05:54 AM | AUSA Holly J. Wilson |
| 11:05:56 AM | Addresses the Court. |
| 11:08:09 AM | Judge Omar Aboulhosn |
| 11:08:10 AM | Discusses the factual determination of appointing the Federal Public Defenders Office and possibly |
| 11:08:43 AM | requiring the defendant to contribute towards attorney's fees. |
| 11:08:48 AM | That is assuming he does not qualify. |
| 11:08:54 AM | AUSA Holly J. Wilson |
| 11:08:56 AM | The United States does not have a position on whether he qualifies or not, your honor. |
| 11:09:10 AM | Judge Omar Aboulhosn |
| 11:09:12 AM | What about the process of the Court making that determination and there is an attempt to commit |
| 11:09:55 AM | fraud by the defendant and then the Court referring that to the United States? |
| 11:10:12 AM | AUSA Holly J. Wilson |
| 11:10:14 AM | Addresses the Court. |
| 11:10:24 AM | Discusses the information that government has regarding financial information that the Court does |
| 11:10:55 AM | not have. |
| 11:11:02 AM | Judge Omar Aboulhosn |
| 11:11:03 AM | Discusses the CJA Rules. |
| 11:11:21 AM | AUSA Holly J. Wilson |
| 11:11:22 AM | I do not believe there is any rule requiring that to be placed under seal. |
| 11:11:58 AM | This fight is about disclosure not admissibility. |
| 11:12:21 AM | I do not if I would even use them for impeachment. |
| 11:12:39 AM | Discusses widespread discovery. |
| 11:13:00 AM | This defendant lies - lies when its beneficial to him. |
| 11:13:28 AM | Judge Omar Aboulhosn |
| 11:13:29 AM | Discusses the financial affidavit filed to make the determination if he qualified for counsel. |
| 11:13:56 AM | AUSA Holly J. Wilson |
| 11:13:57 AM | I just want to add more context to the financial affidavits. |
| 11:15:03 AM | Discusses the defendant inflating his wealth. |
| 11:16:06 AM | Discusses using evidence at trial and impeachment. |
| 11:17:13 AM | Judge Omar Aboulhosn |

| | |
|---|---|
| 11:17:18 AM | Mr. Bungard, I will hear from you. |
| 11:17:28 AM | AFPD David R. Bungard |
| 11:17:30 AM | Addresses the Court. |
| 11:18:20 AM | Judge Omar Aboulhosn |
| 11:18:29 AM | Is the government entitled to the financial affidavits as to see if he has committed an additional |
| 11:18:47 AM | crime by lying on the financial affidavit. |
| 11:19:09 AM | To determine whether he has committed fraud? |
| 11:19:20 AM | AFPD David R. Bungard |
| 11:19:24 AM | The second financial affidavit clarified the first financial. |
| 11:19:52 AM | Judge Omar Aboulhosn |
| 11:19:54 AM | I don't for see removing you as counsel. If anything, the defendant would be required to contribute |
| 11:20:16 AM | towards attorney's fees. |
| 11:20:58 AM | AFPD David R. Bungard |
| 11:20:59 AM | The argument that he made himself seem poor is not correct. |
| 11:21:29 AM | Judge Omar Aboulhosn |
| 11:21:32 AM | Discusses the first financial. |
| 11:21:41 AM | Then he filed an amended financial. |
| 11:22:09 AM | Discuss prohibition. |
| 11:22:34 AM | AFPD David R. Bungard |
| 11:22:37 AM | Addresses the Court. |
| 11:27:12 AM | Judge Omar Aboulhosn |
| 11:27:15 AM | That is a valid point. Discusses chilling future case. |
| 11:27:42 AM | There is a competing interest here. |
| 11:28:22 AM | Discusses the example when defense counsel does not allow the defendant to answer certain questions |
| 11:28:50 AM | in the pretrial interview say for instance, drug abuse. That hinders the Court. |
| 11:30:35 AM | AFPD David R. Bungard |
| 11:30:38 AM | Continues addressing the Court. |
| 11:31:51 AM | Judge Omar Aboulhosn |
| 11:31:53 AM | At the same time, the Court needs to know that the defendant is being forthright in disclosure of finances. |
| 11:32:32 AM | The Court understands the cost of defense in federal court. |
| 11:32:56 AM | AUSA Holly J. Wilson |
| 11:32:59 AM | This isn't just about the revision of the financial affidavit, your honor. |
| 11:33:29 AM | Judge Omar Aboulhosn |
| 11:33:31 AM | The financial affidavit is an extremely vague form. |
| 11:33:53 AM | AUSA Holly J. Wilson |
| 11:33:56 AM | The revision is just pushing this over the edge. |
| 11:34:19 AM | Discusses the use of immunity. |
| 11:36:23 AM | Judge Omar Aboulhosn |
| 11:36:24 AM | The Court will take motion that under advisement. |
| 11:36:41 AM | Discusses a chilling effect in the future. |
| 11:37:16 AM | Let's talk about the next motion, the Protective Order. |
| 11:38:27 AM | Take a look of paragraph number 10 in red. |
| 11:38:42 AM | Discusses paragraph 11. |
| 11:39:06 AM | The government says we don't want any of those changes, is that correct? |
| 11:39:20 AM | AUSA Holly J. Wilson |
| 11:39:22 AM | Correct. |
| 11:39:31 AM | Discusses the Protective Order. |
| 11:40:11 AM | Judge Omar Aboulhosn |
| 11:40:16 AM | Defense counsel is an officer of the Court. |
| 11:40:38 AM | AFPD David R. Bungard |
| 11:40:41 AM | Addresses the Court. |
| 11:42:22 AM | Judge Omar Aboulhosn |
| 11:42:24 AM | I get the concern defense counsel has. To be held responsible for every action of his client. |
| 11:44:30 AM | AUSA Holly J. Wilson |
| 11:44:31 AM | Does he have an obligation to supervise his client? |
| 11:44:48 AM | Judge Omar Aboulhosn |
| 11:44:50 AM | Yes. |
| 11:44:57 AM | AFPD David R. Bungard |
| 11:44:59 AM | When he is in your presence, he is not taking notes or keeping notes. |
| 11:45:20 AM | Judge Omar Aboulhosn |
| 11:45:22 AM | I will grant the Protective Order granted as requested by defense counsel. |
| 11:45:41 AM | Now, let's talk about what Judge Berger has referred back to me. |

| | |
|---|---|
| 11:46:07 AM | I will be asking probation to do a complete financial background. |
| 11:47:07 AM | None of that will be disclosed to the government. |
| 11:47:35 AM | AUSA Holly J. Wilson |
| 11:47:38 AM | Addresses the Court. |
| 11:47:42 AM | As to an ex parte hearing being the solution. |
| 11:47:53 AM | Judge Omar Aboulhosn |
| 11:47:56 AM | Any misrepresentation to the Court would then be referred to the government if I believe he has done |
| 11:48:31 AM | that. I will ask defendant and counsel to meet with probation - to get his credit report. |
| 11:48:59 AM | To have a better understanding of his financial situation. |
| 11:49:08 AM | The Court discusses a possible ex parte hearing without the government present. |
| 11:49:51 AM | Granting the modification as suggested by defendant. |
| 11:50:01 AM | The other motion will be taken under advisement. |
| 11:50:12 AM | Is there anything else the Court needs to take of today counsel? |
| 11:50:26 AM | The defendant is remanded to Marshal custody. |
| | Hearing adjourned. |