FILED: February 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4101
(2:24-cr-00145-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

THEODORE MILLER

  Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:24-cr-00145-1 |
| Date notice of appeal filed in originating court: | 02/10/2025 |
| Appellant | Theodore Miller |
| Appellate Case Number | 25-4101 |
| Case Manager | Emily Borneisen<br>804-916-2704 |