Case 2:24-cr-00145   Document 117   Filed 03/12/25   Page 1 of 1 PageID #: 989

FILED
MAR 1 2 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CRIMINAL ACTION NO. 2:24-cr-00145

THEODORE MILLER,

    Defendant.

**WRITTEN PLEA OF GUILTY**

In the presence of Gordon L. Mowen, II, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charges contained in Counts One and Twelve of the Indictment.

DATE: 03/12/25

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT